IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:20-cv-435-GCM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )     **ORDER**<br>) |
| **$221,425 IN U.S. CURRENCY,** | )<br>) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **David M. Michael**.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), **Mr. Michael** is admitted to appear before this court *pro hac vice* on behalf of **Claimant Mitchell Reed Gays**.

**IT IS SO ORDERED.**

Signed: September 4, 2020

Graham C. Mullen
United States District Judge