IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00435-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>**APPROXIMATELY $221,425 IN U.S. CURRENCY,**<br><br>**Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Edward M. Burch (Doc. No. 12).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Burch is admitted to appear before this court *pro hac vice* on behalf of Claimant Mitchell Reed Gays.

**IT IS SO ORDERED**.

Signed: December 21, 2020

Graham C. Mullen
United States District Judge