IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:20cv435

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| APPROXIMATELY $252,140.00 IN US CURRENCY SEIZED FROM DARREN LENNARD COLEMAN ON JUNE 27, 2016 AT CHARLOTTE-DOUGLAS INTERNATIONAL AIRPORT | ) |

**THIS MATTER** comes before the Court on the Government's Motion for Entry of Default Judgment (Doc. No. 18). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion and **ORDERS** as follows:

**IT IS HEREBY ORDERED THAT** Judgment by Default is entered against all persons in the world not having filed a claim in this action as the to the following property:

> **$117,355.25 in United States Currency seized from Mitchell Reed Gays on April 27, 2020 in Charlotte, North Carolina**.

**IT IS FURTHER ORDERED THAT** all right, title and interest in the following property, whether real, personal, mixed, has therefore been forfeited to the United States for disposition according to law:

> **$117,355.25 in United States Currency seized from Mitchell Reed Gays on April 27, 2020 in Charlotte, North Carolina.**

**SO ORDERED.**

*[Signature]*

Graham C. Mullen
United States District Judge